## BURNS v. STATE.
### No. 16079.

Court of Criminal Appeals of Texas.
June 7, 1933.

Lockhart & Brown, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for operating an overloaded truck upon the public roads in violation of the law, punishment assessed being a fine of $100.

We observe no vice in the information and complaint charging the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.